UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
a/s/o AL-MIZAN INTERNATIONAL TRADING
HOUSE LTD.,

        Plaintiff,

- against -

BIMAN BANGLADESH AIRLINES and RAZOR
ENTERPRISE, INC.,

        Defendants.
-------------------------------------------------------------X

2008 Civ.

08 CIV 5007

FRCP RULE 7.1
DISCLOSURE STATEMENT



JUDGE CEDARBAUM

    NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o AL-MIZAN INTERNATIONAL TRADING HOUSE LTD, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. AL-MIZAN INTERNATIONAL TRADING HOUSE LTD. is not a publicly traded company.

Dated: New York, New York
       May 29, 2008
       299-718

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                       By: _____
                            Martin F. Casey (MFC-1415)
                            317 Madison Avenue, 21st Floor
                            New York, NY 10017
                            (212) 286-0225