UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o AL-MIZAN INTERNATIONAL TRADING
HOUSE LTD.,

      Plaintiff,

- against -

BIMAN BANGLADESH AIRLINES; RAZOR
ENTERPRISE, INC., and SWISSPORT
INTERNATIONAL, LTD.

      Defendants.
------------------------------------------------------------X

08 Civ. 5007 (MGC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated:    New York, New York
             July 31, 2008
             299-718

                                              Respectfully submitted,

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                        By:   */s/ Martin F. Casey*
                                              Martin F. Casey (MFC-1415)
                                              317 Madison Avenue, 21st Floor
                                              New York, New York 10017
                                              (212) 286-0225